UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS – CHICAGO DIVISION

| | |
|---|---|
| In Re:<br><br>Gregory A Tomczyk,<br><br><br>Debtor. | Case No.: 17-00423<br><br>CHAPTER 13<br><br>**REQUEST FOR NOTICE** |

**REQUEST OF BSI FINANICAL SERVICES FOR SERVICE OF NOTICES PURSUANT TO FED. R. BANKR. P. 2002(g)**

TO: UNITED STATES BANKRUPTCY JUDGE, THE DEBTORS, AND ALL INTERESTED PARTIES

**PLEASE TAKE NOTICE** that BSI FINANCIAL SERVICES is an interested party in the above captioned bankruptcy case, hereby requests notice of all events, pleadings, or documents filed in the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002 and 9007, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors' committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

BSI requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

| | | |
|---|---|---|
| 1 | **PHYSICAL ADDRESS:** | **EMAIL ADDRESS:** |
| 2 | BSI Financial Services<br>1425 Greenway Drive, Ste 400 | prpbk@bsifinancial.com |
| 3 | Irving, TX 75038 | |

Dated: August 16, 2017     By: /s/ Karin Murphy
Karin Murphy
c/o BSI Financial Services
Assistant Vice President, Foreclosure and Bankruptcy
1425 Greenway Drive, Ste 400
Irving, TX 75038
972.347.4350
prpbk@bsifinancial.com

**2**
REQUEST FOR NOTICE

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS – CHICAGO DIVISION

| | |
|---|---|
| In Re: ) | CASE NO.: 17-00423 |
| ) | |
| Gregory A Tomczyk, ) | CHAPTER 13 |
| ) | |
| Debtor. ) | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 5120 E. La Palma Ave., Ste. 206, Anaheim, CA 92807.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

On August 16, 2017 I served the following documents described as:

- **REQUEST FOR NOTICE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor**<br>Gregory A Tomczyk<br>3274 Middlesax Drive<br>Long Grove, IL 60047<br><br>**Debtor's Counsel**<br>James J Haller<br>Sulaiman Law Group<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148<br><br>Orlando Velazquez<br>Sulaiman Law Group, LTD<br>2500 S. Highland Ave<br>Suite 200<br>Lombard, IL 60148 | **Chapter 13 Trustee**<br>Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532<br><br>**U.S. Trustee**<br>Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604 |
|---|---|

  __xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

  _____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

  __xx__(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed on August 16, 2017 at Anaheim, California

/*s / Cynthia Fearn*/
Cynthia Fearn